UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THERESA ANN HANKERSON,

                      Plaintiff,                  **24 Civ. 1160 (PAE) (GS)**

      -against-                                **ORDER**

COMISSIONER OF SOCIAL
SECURITY,

                      Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On June 27, 2024, Defendant moved to dismiss Plaintiff's Complaint or, in the alternative, for summary judgment, arguing, among other things, that the Complaint provided no factual content and that, as a result, Defendant was unable to meaningfully answer the Complaint or assert any defenses. (Dkt. Nos. 16 & 17 at 6-7). On June 28, 2024, Plaintiff filed documents alleging that the Social Security Administration ("SSA") has improperly banned her from entering any Social Security office, requesting that this ban be lifted, and further requesting access to certain records in the possession of the SSA. (Dkt. Nos. 20 & 21). On July 12, 2024, in response to a letter motion from Defendant seeking an extension of time to file its reply brief in support of its motion, the Court issued an order directing that Plaintiff file her opposition to the motion by July 29, 2024 and directing Defendant to reply its reply by August 12, 2024. Neither Plaintiff nor Defendant has filed any further papers in this action since that time.

       Upon further review of Plaintiff's submissions to the Court on June 28, 2024 (Dkt. Nos. 20 & 21), the Court understands these filings to set forth the nature of Plaintiff's grievances and the relief she is seeking. Accordingly, the Court deems these filings to constitute an Amended Complaint and grants Plaintiff leave to amend her Complaint in this manner. In view of the

Amended Complaint, the Court regards Defendant's pending motion to dismiss, directed at the prior Complaint, to be moot.

Defendant is hereby directed to answer or file a renewed motion to dismiss Plaintiff's Amended Complaint by Friday, September 20, 2024.  In the event Defendant moves to dismiss the Amended Complaint, Plaintiff's opposition papers shall be due by October 18, 2024, and Defendant's reply thereto, if any, shall be due by November 1, 2024.  The Clerk of Court is respectfully directed to terminate the motion pending at Docket No. 16.

**SO ORDERED.**

DATED:   New York, New York
         August 21, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge