**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  THRESA ANN HANKERSON,

                              Plaintiff,        24 **CIVIL** 1160 (PAE)(GS)

      -v-                                     <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, the Court has granted the motion to dismiss; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                   **TAMMI M. HELLWIG**
                                                   _____
                                                       **Clerk of Court**

                                 **BY:**      K. Mango
                                                       _____
                                                       **Deputy Clerk**